UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:06CR108 HEA |
| | ) | |
| JOSE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Jose Johnson's Motion to Suppress Evidence and Statements [#19] and Motion for Discovery of Identity of Confidential Informant [#20]. The Court referred this matter to United States Magistrate Judge Frederick R. Buckles for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on April 20, 2006 before Judge Buckles, wherein testimony and evidence was adduced. On May 26, 2006, Judge Buckles filed his report, recommending that both of Defendant's motions be denied. To date, no objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Buckles as set forth in his report and recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Jose Johnson's Motion to Suppress Evidence and Statements [#19] is denied;

**IT IS FURTHER ORDERED** that Defendant's Motion for Discovery of Identity of Confidential Informant [#20] is denied.

Dated this 9th day of June, 2006.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE